## 54612. FOWLER v. FORD MOTOR CREDIT COMPANY.

BELL, Chief Judge.

This is an appeal from an order entered in a foreclosure of personalty suit under Code Ch. 67-7.

The defendant's brief contains nothing more than a statement of his contentions, unsupported by citation of authority, or argument. Under Rule 18 (c) (2) of this court

the enumerations of error are deemed abandoned. *O'Neal v. Haverty Furniture Cos.*, 138 Ga. App. 346 (226 SE2d 141).

*Judgment affirmed. McMurray and Smith, JJ., concur.*

ARGUED OCTOBER 3, 1977 — DECIDED OCTOBER 28, 1977.

*Edge & Edge, John D. Edge,* for appellant.

*Rogers, Magruder & Hoyt, Joseph M. Seigler, Jr.,* for appellee.